# Third District Court of Appeal

## State of Florida

Opinion filed July 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0219
Lower Tribunal Nos. 20-0204 AP, 17-5627 SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Professional Medical Group, Inc.,
a/a/o Irina Torres Suarez,**
Appellee.


An appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Feiler & Leach, P.L., and Martin E. Leach, for appellee.


Before HENDON, MILLER, and BOKOR, JJ.

PER CURIAM.

Appellant, United Automobile Insurance Company, challenges a final judgment granting attorney's fees in favor of appellee, Professional Medical Group, Inc. We are cognizant that at the time the contested judgment was rendered, the trial court did not yet have the benefit of United Automobile Insurance Co. v. Professional Medical Group, Inc., 46 Fla. L. Weekly D1102 (Fla. 3d DCA May 12, 2021), but, bound by our precedent, we reverse and remand with instructions to conduct an evidentiary hearing. See also Sperdute v. Household Realty Corp., 585 So. 2d 1168, 1169 (Fla. 4th DCA 1991); Newman v. Newman, 121 So. 3d 661, 662 (Fla. 1st DCA 2013); Guyton v. Leonard Dewey Wilkinson Action Welding Supply, Inc., 707 So. 2d 885, 886 (Fla. 1st DCA 1998); Roggemann v. Boston Safe Deposit & Tr. Co., 670 So. 2d 1073, 1075 (Fla. 4th DCA 1996); Castranova v. Auth, 590 So. 2d 28, 29 (Fla. 5th DCA 1991).

Reversed and remanded.